# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FIFTH CIRCUIT

——————

No. 17-11257
Conference Calendar

United States Court of Appeals
Fifth Circuit

**FILED**
August 6, 2018

Lyle W. Cayce
Clerk

——————

UNITED STATES OF AMERICA,

Plaintiff-Appellee

v.

JOSE APOLINAR ARREOLA AVALOS, also known as Jose Apolinar
Arreola-Avalos, also known as J. Apolinar Arreola Avalos,

Defendant-Appellant

——————————————

Appeal from the United States District Court
for the Northern District of Texas
USDC No. 3:16-CR-130-1

——————————————

Before HIGGINSON, COSTA, and HO, Circuit Judges.

PER CURIAM:[*]

The attorney appointed to represent Jose Apolinar Arreola Avalos has
moved for leave to withdraw and has filed a brief in accordance with *Anders v.
California*, 386 U.S. 738 (1967), and *United States v. Flores*, 632 F.3d 229 (5th
Cir. 2011). Arreola Avalos has not filed a response. We have reviewed
counsel's brief and the relevant portions of the record reflected therein. We

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not
be published and is not precedent except under the limited circumstances set forth in 5TH
CIR. R. 47.5.4.

No. 17-11257

concur with counsel's assessment that the appeal presents no nonfrivolous issue for appellate review.  Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED.  *See* 5TH CIR. R. 42.2.